```
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| INGENIADOR, LLC,<br><br>**Plaintiff**,<br><br>        v.<br><br>MONOPRICE, INC., *et als.*,<br><br>**Defendants.** | **Civil No.** 15-1305 (FAB) |
| INGENIADOR, LLC,<br><br>**Plaintiff**,<br><br>        v.<br><br>ZAZZLE, INC.,<br><br>**Defendant.** | **Civil No.** 15-1306 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (Docket No. 55), these cases are **DISMISSED with prejudice**.

The cases are now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 18, 2016.

                                        s/ Francisco A. Besosa
                                        FRANCISCO A. BESOSA
                                        UNITED STATES DISTRICT JUDGE